IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| **DAVID JOHNSON, et al.** | ) | |
| | ) | |
| Plaintiff, | ) | **Case No. 25-4210** |
| | ) | |
| v. | ) | |
| | ) | *Removed from Circuit Court of* |
| **BOONE COUNTY, Missouri, et al.** | ) | *the 13th Judicial Circuit, Cause* |
| | ) | *No. 25BA-CV03615* |
| Defendants. | ) | |

## CONSENT TO REMOVAL

COME NOW Defendants Advanced Correction Healthcare, Inc. ("ACH"), Alan M. Weaver ("Weaver"), Angela Hutchison ("Hutchison"), Lisa Long ("Long"), Jared Bethel ("Bethel"), and Jessie L. Caldwell ("Caldwell"), together herein named as "Medical Defendants", by and through undersigned counsel, and explicitly consent to the removal of the action pending in the Circuit Court of the 13th Judicial Circuit, styled *David Johnson et al v. Boone County Missouri et al*, Cause No. 25BA-CV03615 to the United States District Court, for the Western District of Missouri, Central Division.

        Respectfully submitted,

        */s/ J. Thaddeus Eckenrode*
        J. Thaddeus Eckenrode, MO Bar No.: 31080
        Caroline P. Lowery, MO Bar No.: 77527
        ECKENRODE-BAUMAN, Attorneys at Law
        11477 Olde Cabin Rd., Ste. 110
        St. Louis, MO 63141
        (314) 726-6670 (Telephone)
        (314) 726-2106 (Fax)
        jte@eckenrode-law.com
        cpl@eckenrode-law.com
        *Attorney for Defendants Advanced Correctional*
        *Healthcare, Inc. (ACH), Alan M. Weaver, Angela*
        *Hutchison, Lisa Long, Jared Bethel and Jessie L. Caldwell*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court by using the CM/ECF system, and served by electronic mail on this 30 day of September 2025 to:

**Blake I. Markus**
**Gabriel E. Harris**
515 East High Street
P.O. Box 28
Jefferson City, MO 65102
(573) 636-2177
Blake.M@carsoncoil.com
Gabe.H@carsoncoil.com
*Attorney for Plaintiff*

**Jack Fleming**
3901 S. Providence Road, Ste. D
Columbia, MO 65203
(573) 777-4488 (Telephone)
(573) 777-4489 (Fax)
jack.fleming@vbmlaw.com
*Attorney for Defendants Boone County, Missouri, Sheriff Dwayne Carey, and Damon Reynolds*

**Michael G. Berry**
601 Monroe Street, Ste. 301
P.O. Box 537
Jefferson City, MO 65101
(537) 634-2266 (Telephone)
(573) 636-3306 (Fax)
michaelberry@ncrpc.com
*Attorney for Defendants Christopher O'Toole, Aaron Light, Branden Austin, Leland Volner, Nicholas Fisher, Melissa Castaldi, and Alex Oberly*

/s/ Joan Monninger