UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID JOHNSON, *et. al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 2:25-cv-04210-MDH |
| | ) | |
| BOONE COUNTY, MISSOURI, *et. al.*, | ) | *Removed from Circuit Court of the* |
| | ) | *13th Judicial Circuit, Cause No.* |
| Defendants. | ) | *25BA-CV003615* |
| | ) | |

## CONSENT TO REMOVAL

COME NOW, Defendants Boone County, Missouri, Boone County Sheriff Dwayne Carey, and Damon Reynolds, by and through undersigned counsel, and consent to the removal of the action pending in the Circuit Court of the 13th Judicial Circuit, styled *David Johnson et al v. Boone County Missouri et al*, Case No. 25BA-CV03615 to the United States District Court, for the Western District of Missouri, Central Division.

Respectfully submitted,

VESSELL BRIDGES MURPHY LAW OFFICES

By: */s/ Jack Fleming*
　　Jack Fleming, MO Bar #68072
　　3901 S. Providence Road, Suite D
　　Columbia, MO 65203
　　(P) 573-777-4488
　　(F) 573-777-4489
　　jack.fleming@vbmlaw.com
　　**ATTORNEYS FOR DEFENDANT**
　　**BOONE COUNTY, MISSOURI,**
　　**SHERIFF DWAYNE CAREY,**
　　**& DAMON REYNOLDS**

1

# CERTIFICATE OF SERVICE

      I hereby certify on October 1, 2025, the above and foregoing document was filed electronically with the Court to be served on all counsel of record via operation of the Court's electronic filing system and was additionally served via email upon the following:

Blake I. Markus
Gabriel E. Harris
Carson & Coil, P.C.
515 East High Street | P.O. Box 28
Jefferson City, Missouri 65102
Phone: 573-636-2177
Fax: 573-636-7119
Blake.M@carsoncoil.com
Gabe.H@carsoncoil.com
**ATTORNEYS FOR PLAINTIFFS**

Michael G. Berry
Newman, Comley & Ruth PC
601 Monroe Street, Suite 301,
P.O. Box 537
Jefferson City, Missouri 65102
(573) 634-2266
Fax: (573) 636-3306
michaelberry@ncrpc.com
**ATTORNEY FOR OTHER**
**BOONE COUNTY DEFENDANTS**

Caroline P. Lowery
Eckenrode-Bauman, Attorneys at Law
11477 Olde Cabin Road, Suite 110
St. Louis, Missouri 63141
314-726-6670
Lawyers@eckenrode-law.com
cpl@eckenrode-law.com
**ATTORNEYS FOR**
**ADVANCED CORRECTIONAL**
**HEALTH DEFENDANTS**

                                                By: */s/ Jack Fleming*
                                                    Jack Fleming