IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| **DAVID JOHNSON, et al.,** | ) |
| | ) |
|       **Plaintiffs,** | ) |
| | ) |
| v. | )   Case No. 2:25-CV-04210-MDH |
| | ) |
| **BOONE COUNTY, MSSOURI, et al.,** | ) |
| | ) |
|       **Defendants.** | ) |

## CONSENT TO REMOVAL

Comes now Defendant Gavin Foster, by and through undersigned counsel, and consents to the removal of the action pending in the Circuit Court of the 13th Judicial Circuit, styled *David Johnson, et al. v Boone County, Missouri, et al.,* Case No. 25BA-CV03615 to the United Stated District Court, for the Western District of Missouri, Central Division.

                                                  NEWMAN, COMLEY & RUTH P.C.

                                                  /s/ Michael G. Berry
                                                Michael G. Berry, #33790
                                                601 Monroe Street, Ste. 301
                                                P.O. Box 537
                                                Jefferson City, MO 65101
                                                573-634-2266
                                                573-636-3306 (fax)
                                                michaelberry@ncrpc.com

                                                ATTORNEYS FOR DEFENDANT
                                                GAVIN FOSTER

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served electronically upon all counsel of record on this 9th day of October 2025.

    /s/ Michael G. Berry
Michael G. Berry