UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DAVID JOHNSON, *et. al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 2:25-cv-04210-MDH ) |
| BOONE COUNTY, MISSOURI, *et. al.*, | ) ) |
| Defendants. | ) ) |

**DEFENDANTS' GAVIN FOSTER, KENT RICHARDSON, CHRISTOPHER O'TOOLE, AARON LIGHT, BRANDEN AUSTIN, LELAND VOLNER, NICHOLAS FISHER, MELISSA CASTALDI, AND ALEX OBERLE MOTION TO DISMISS OR ALTERNATIVELY, FOR JUDGMENT ON THE PLEADINGS**

Come now the defendants, Gavin Foster, Kent Richardson, Christopher O'Toole, Aaron Light, Branden Austin, Leland Volner, Nicholas Fisher, Melissa Castaldi, and Alex Oberle, by counsel, Newman Comley & Ruth, PC, Michael G. Berry, pursuant to Rules 12(b)(6), 12(c), *Fed.R.Civ.P.*, and move the Court to enter judgment in their favor on Count II of plaintiffs' state court petition. For their motion, the movants state as follows:

1. The plaintiffs' allege a single count (Count II) within their Petition against these movants, all of whom are either current or former jailers at the Boone County, Missouri, jail.

1

2. Plaintiffs assert that the moving defendants showed deliberate indifference to the medical needs of the decedent, Douglas Johnson, resulting in his death, in violation of the decedent's right to medical care under the Eight Amendment and Fourteenth Amendment to the US Constitution, made actionable under 42 U.S.C. § 1983.

3. The pleadings are closed and the facts alleged by the plaintiffs establish, as a matter of law, that the movants did not violate the decedent's constitutional rights, or alternatively, that the movants are entitled to qualified immunity, in that plaintiffs allege, and the movants accept as true, that at all times relevant to this action the decedent was under the care of at least one of five healthcare professionals, and there is no allegation that: (a) the healthcare professionals were acting with inaccurate information because of any act or omission by any of the movants; or (b) any movant failed to carry out any instructions of the healthcare professionals; or (c) any movant impeded the ability of healthcare professionals to evaluate, treat, or seek outside services for the decedent.

4. The movants file herewith suggestions in support, which they incorporate by this reference for all purposes.

WHEREFORE, the moving defendants pray that the Court grant judgment on the pleadings on Count II of plaintiffs' petition, and dismiss these defendants from this suit.

NEWMAN, COMLEY & RUTH P.C.

/s/ Michael G. Berry
Michael G. Berry, #33790
601 Monroe Street, Ste. 301
P.O. Box 537
Jefferson City, MO 65101
573-634-2266
573-636-3306 (fax)
michaelberry@ncrpc.com

ATTORNEYS FOR DEFENDANTS GAVIN FOSTER, KENT RICHARDSON, CHRISTOPHER O'TOOLE, AARON LIGHT, BRANDEN AUSTIN, LELAND VOLNER, NICHOLAS FISHER, MELISSA CASTALDI, AND ALEX OBERLE

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served electronically upon all counsel of record on this 10th day of November 2025.

/s/ Michael G. Berry
Michael G. Berry