**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION**

| | | |
|---|---|---|
| **DAVID JOHNSON, et al.,** | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 25-cv-4210-MDH |
| | ) | |
| **BOONE COUNTY,** | ) | |
| **MISSOURI, et al.,** | ) | |
| | ) | |
| *Defendants*. | ) | |

## PLAINTIFFS' RESPONSE TO DEFENDANTS BOONE COUNTY, CAREY, AND REYNOLDS' MOTION TO DISMISS

Plaintiffs file this response to Defendants Boone County, Carey, and Reynolds' (Boone County Defendants) Motion to Dismiss [Doc. 34] in order to clear some confusion in the docket entries and ensure Plaintiffs are not presumed to have waived their response to the motion.

The Boone County Defendants filed their original motion to dismiss while this case was pending in state court (See Docs. 12-22 and 12-23), but the motion was not filed in this Court or included in the Notice of Removal documents [Doc. 1]. Defendants Foster, Richardson, O'Toole, Light, Austin, Volner, Fisher, Cataldi, and Oberle (Jailer Defendants) filed their Motion to Dismiss [Docs. 16 and 17] in this Court. This matter was stayed pending an order on Plaintiff's Motion to Remand [Docs. 11 and 20]. This Court then denied the Motion to Remand [Doc. 20] and ordered [Doc. 24] a response to a pending motion to dismiss within 20 days of the Order—likely the Jailer Defendants' motion since that was the only one submitted to this Court.

1

Plaintiffs filed suggestions in opposition to both motions to dismiss within the 20-day deadline [Docs. 26 and 27] out of caution. Boone County Defendants filed their reply brief [Doc. 34], which was denominated a Motion to Dismiss, and the docket entry reflects that suggestions in opposition are due by March 17, 2026. Plaintiffs believe that the Boone County Defendants' filing of their reply brief [Doc. 34] closes the briefing of Boone County Defendants' Motion to Dismiss [Docs. 12-22, 12-23, 34-1].

To the extent any response is required, Plaintiffs reincorporate their Suggestions in Opposition [Doc. 27] by reference as if set forth in its entirety herein.

Respectfully submitted,

**CARSON & COIL, P.C.**

Blake L. Markus                    61755
515 East High Street │ P.O. Box 28
Jefferson City, Missouri 65102
Phone:  573-636-2177
Fax:  573-636-7119
Blake.M@carsoncoil.com

<u>**CERTIFICATE OF SERVICE**</u>

I certify that a true and correct copy of the foregoing document was sent through the Courts' ECF system on March 16, 2026, to: all parties of record.

Blake L. Markus

2